# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL WELLS, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. H-19-1227 |
| SGT. OPARA, | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Plaintiff, a state inmate proceeding *pro se*, filed a section 1983 complaint. In order to aid the Court in its screening of the case under sections 1915 and 1915A, the Court ordered plaintiff to provide additional information by June 15, 2019. To-date, plaintiff has not provided the additional information and has failed to comply with the Court's order. Plaintiff's failure to comply with the Court's order leads the Court to conclude that plaintiff no longer intends to prosecute this lawsuit.

Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41 (b); *Woodson v. Surgitek, Inc.*, 57 F. 3d 1406, 1417 (5th Cir. 1995).

This lawsuit is DISMISSED WITHOUT PREJUDICE for want of prosecution. Any and all pending motions are DENIED AS MOOT.

Plaintiff may seek to reinstate this case by filing a motion to reinstate within fifteen days from date of this order. Plaintiff's compliance with the Court's order for additional information must be submitted with any motion to reinstate or for relief under Rule 60(b) of the Federal Rules of Civil Procedure.

Signed at Houston, Texas, on June 28, 2019.

_____
Gray H. Miller
Senior United States District Judge